TOWN OF WAKEFIELD v. ANTON MUGGLI and Others.

July 3, 1899.

Nos. 11,701—(205).

Appeal by defendants from a judgment of the district court for Stearns county, entered pursuant to the findings of Searle, J. Reversed.

*G. W. Stewart*, for appellants.

*Calhoun & Bennett* and *Reynolds & Roeser*, for respondent.

CANTY, J. ·

This case is disposed of by Kray v. Muggli, supra, page 231. The case is remanded, with directions to the court below to modify the judgment so that it will merely restrain the defendants from removing the dam, except in such a careful and proper manner as not to endanger the abutments of the bridge in question.[1]

[1] For modification of this order see the order which appears on page 243, supra.